UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. GORDON, RECEIVER OF THE
ESTATE OF GREGORY N. McKNIGHT,
LEGISI MARKETING INC., and LEGISI
HOLDINGS, L.L.C.,

Case No.  09-cv-10772
Judge:  Hon. George Caram Steeh

Plaintiffs,

vs.

ELITE CONSULTING GROUP L.L.C., a
Florida limited liability company, IVAN
MONSALVE aka IVAN MONSALVES,
MARSHA FRIEDMAN, KAREN L.
REDMAN, TRICIA WITHERSPOON, JANE
DOE, JOHN DOE, and EDGETECH
INTERNATIONAL INC., a Nevada
corporation,,

Defendants.

## EX-PARTE MOTION FOR ISSUANCE OF ALIAS SUMMONS

NOW COMES plaintiff, ROBERT D. GORDON, RECEIVER OF THE ESTATE OF

GREGORY N. McKNIGHT, LEGISI MARKETING INC., and LEGISI HOLDINGS, LLC., by

his attorneys, CLARK HILL PLC, and moves this Court to Issue an Alias Summons upon

Defendant Edgetech International Inc., states as follows:

1. On March 11, 2009, Plaintiff placed its Complaint and Summons with Burke

Investigative Process Service, Inc.

2. Burke Investigative Process Service, Inc. was unable to effectuate service upon

Defendant Edgetech International Inc.

3. The Summons on Edgetech International Inc. was non-served on April 23, 2009.

5873079.1 30711/122570

4. Accordingly, Plaintiff requests that this Court issue an Alias Summons on Defendant Edgetech International Inc.

WHEREFORE, Plaintiff respectfully requests this Court to Issue an Alias Summons on Defendant Edgetech International Inc.

Respectfully submitted,

CLARK HILL PLC

By: */s/ Eric K. Shih*_____
Charles E. Murphy (P28909)
Edward J. Hood (P42953)
Eric K. Shih (P71326)
Counsel to the Plaintiff
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI  48009
(248) 642-9692
(248) 988-2331 (fax)
cmurphy@clarkhill.com

Date: May 19, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: */s. Eric K. Shih*_____
　　Eric K. Shih (P71326)
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435
(313) 965-8813
Attorneys for Plaintiffs

5873079.1 30711/122570