UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. GORDON, Receiver of
the Estate of Gregory McKnight,
LEGISI MARKETING, INC., AND
LEGISI HOLDINGS, L.L.C.

        Plaintiffs,

vs.

Case No. 09-10772
HON. GEORGE CARAM STEEH

ELITE CONSULTING GROUP, L.L.C.
a Florida limited liability company, *et al.,*

        Defendants.

_____/

## ORDER DENYING DEFENDANT KAREN REDMAN'S MOTION FOR RECONSIDERATION [#62]

On March 16, 2011, this court denied defendant Karen Redman's motion for attorneys' fees. Defendant Redman now moves for reconsideration of this court's March 16, 2011 decision pursuant to E.D. Mich. L.R. 7.1(g)(3) arguing that there is a palpable defect by which this court was misled which necessitates reconsideration of defendant Redman's request for attorneys' fees. Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

E.D. Mich. L.R. 7.1(g)(3). Defendant Redman has failed to demonstrate a palpable defect by which this court has been misled, the correction of which will result in a different

disposition of this case. Defendant Redman's arguments have already been raised and rejected by the court.

Accordingly,

Defendant's motion for reconsideration regarding defendant Karen Redman's motion for attorneys' fees [#62] is DENIED.

Plaintiff-Receiver's motion for leave to file response to defendant Redman's motion for reconsideration [#63] is DENIED as moot.

SO ORDERED.

Dated: May 9, 2011

/s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 9, 2011, by electronic and/or ordinary mail.
S/Marcia Beauchemin
Deputy Clerk