**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT D. GORDON, RECEIVER OF THE ESTATE OF GREGORY N. McKNIGHT, LEGISI MARKETING INC., AND LEGISI HOLDINGS, L.L.C., <br><br>   Plaintiff, <br><br> vs. <br><br>ELITE CONSULTING GROUP L.L.C., a Florida limited liability company, IVAN MONSALVE aka IVAN MONSALVES, MARSHA FRIEDMAN, KAREN L. REDMAN, TRICIA WITHERSPOON, JANE DOE, JOHN DOE, and EDGETECH INTERNATIONAL INC., a Nevada corporation, <br><br>   Defendants. | Case No. 09-CV-10772 <br> HON. GEORGE CARAM STEEH |

Charles E. Murphy (P28909)
Edward J. Hood (P42953)
Eric K. Shih (P71326)
CLARK HILL PLC
Attorneys for Plaintiff Robert Gordon
151 S. Old Woodward Avenue, Suit 200
Birmingham, MI 48009
(248) 989-5879
cmurphy@clarkhill.com

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY**
**DISMISSAL OF DEFENDANT MARSHA FRIEDMAN**

  Pending before the Court is Plaintiff's Motion for Voluntary Dismissal of Defendant Marsha Friedman. Having reviewed Plaintiff's Motion, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal of Defendant Marsha Friedman is granted.

IT IS SO ORDERED.

                                            s/George Caram Steeh
                                            United States District Judge

Dated: May 26, 2011

                                Proof of Service

I certify that a copy of this order was served upon the parties/attorneys of record by electronic or regular mail on the above date.

                                s/Marcia Beauchemin
                                Deputy Clerk